**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000309
13-MAY-2025
08:00 AM
Dkt. 16 OAWST**

NO. CAAP-25-0000309

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RUTH CHAVEZ BAJOR, Appellant-Appellant, v.
STATE OF HAWAIʻI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000672)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Motion to Withdraw Appeal, filed April 3, 2025, by self-represented Plaintiff-Appellant Ruth Chavez Bajor, the papers in support, the record, and there being no opposition, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.  See Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED:  Honolulu, Hawaiʻi, May 13, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge